# Notice of Appeal

03 SEP 11 PM 3:56

I, Im puting this court on notice that I Im appealing this court decision to dismiss my case, and have it certified as frivolous in Pointer v. Lyon et.al. C-1-02-486 order of Sandra S. Beckwith U.S. District Judge

Please forward docket to appeals court