United States District Court for
The Southern District of Ohio
Western Division

Dennis Pointer
   V.
Sgt. Lyon et. al.,

Case No. C-1-02-486
Judge, Beckwith
M.J.; Sherman

## Motion For Reconsideration

Plaintiff Never Gave his Consent To have a Magistrate Judge Conduct any Proceedings.

In accordance with the provisions of 28 U.S.C. 636(c) And Fed. R. Civ. P. 73, The Plaintiff Did not Mail The Notice of Consent Back To The Clerk Because The form said Return To Clerk <u>only if</u> Party Have Consented To A Magistrate.

Dennis Pointer
Pro-SE