**U.S. Postal Service**™
**CERTIFIED MAIL**™ **RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark
Here

Sent To  DENNIS POWTER # 280-895

Street, Apt No.; SOUTHERN OHIO CORRECTIONAL FACIL
or PO Box No.  P.O. BX 45699

City, State, ZIP+4 LUCASVILLE, OH  45699

7003 1680 0000 0330 3057