• Sender: Please print your name, address, and ZIP+4 in this box •

OFFICE OF THE CLERK
U.S. DISTRICT COURT
Rm. 326, U.S. Courthouse
5th & Walnut Streets
Cincinnati, Ohio 45202

C-1-02-486  Doc. #76 SL

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Dennis Pointer* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery: 10-9-03 |
| 1. Article Addressed to:<br><br>DENNIS POINTER #280-895<br>SOUTHERN OHIO CORRECTIONAL FACILITY<br>P.O. BX 45699<br>LUCASVILLE, OH 45699 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail    ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)    ☐ Yes |
| 2. Article Number<br>(Transfer from service label) | 7003 1680 0000 0330 3057 |

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1540