# TRANSMISSION FORM

| District Court: | S.D. of Ohio (Western Division) | APPEAL INFORMATION to be completed by the Sixth Circuit |
|---|---|---|
| District Court Case No: | C-1-02-486 | Court of Appeals Case No: 03-4303 |
| SHORT CAPTION | | |
| Plaintiff/Petitioner | Dennis Pointer | Case Manager: TERESA BERTKE |
| | vs. | Date Filed: FILED OCT 0 8 2003 LEONARD GREEN, Clerk |
| | Kiyoko Lyon, et al. | |
| Defendant/Respondent | *provide pro se address IF NOT on the docket sheet | |
| District Court Judge: | Sandra S. Beckwith | Anything That Needs Special Attention |
| Court Reporter(s): | | **Notice of Appeal (doc.#72) from the Order (doc.#70) and Judgment (doc.#71) entered on 8/29/03 by Judge Beckwith granting defendants motion for summary judgment (doc.#44) and dismissing the action as frivolous.** |
| From Deputy Clerk: | Arthur Hill | |
| Date: | 9/12/03 | |
| $105.00 Appeal Filing Fee Paid? No | | |

Stamp: RECEIVED SEP 1 2 2003 Leonard Green, Clerk

## RECORD TRANSMISSION

I hereby certify that I have transmitted to the United States Court of Appeals for the Sixth Circuit the annexed documents consisting of:

Pleading(s) (including the pre-sentence report psi)   Volume(s)

Deposition(s)   Volume(s)        Exhibit(s)   Volume(s)

Transcript(s)   Volume(s)        **Sealed**   Volume(s)

**Please indicate if this is a supplemental record:

which constitutes the CERTIFIED RECORD ON APPEAL, this

Clerk: KENNETH J. MURPHY
United States District Court

Stamp: FILED 03 OCT -9 AM 11:06 KENNETH J. MURPHY CLERK U.S. DIST COURT SOUTHERN DIST OHIO WEST DIV CINCINNATI

**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT
100 EAST FIFTH STREET, ROOM 532
POTTER STEWART U.S. COURTHOUSE
CINCINNATI, OHIO 45202-3988

LEONARD GREEN
CLERK

TERESA M. BERTKE
(513) 564-7023
www.ca6.uscourts.gov

Filed: October 8, 2003

Dennis Pointer
Southern Ohio Correctional Facility
#280-895
787 Lucasville-Minford Road
P.O. Box 45699
Lucasville, OH  45699-0001

Re: No. 03-4303
    Pointer vs. Lyon
    District Court Case No. 02-00486

Your appeal has been docketed as case number **03-4303** with the caption that is enclosed on a separate page.  Please review the caption for accuracy; it and the case number must appear on all filings.

Our review of the district court docket shows that the court has not assessed the $105 appellate filing fee in accordance with the formula described in McGore v. Wrigglesworth, 114 F.3d 601 (6th Cir. 1997) and §1915(b).

Teresa Bertke
Case Manager

cc: Mr. Philip A. King
    Mr. Kenneth J. Murphy
    Honorable Sandra S. Beckwith

## OFFICIAL COURT OF APPEALS CAPTION FOR 03-4303

DENNIS POINTER

        Plaintiff - Appellant

  v.

KIYOKO LYON

        Defendant - Appellee