RECEIVED
OCT 20 2003
LEONARD GREEN, Clerk

IN THE UNITED STATES DISTRICT COURT OF APPEALS FOR THE SIXTH CIRCUIT COURT

Dennis Pointer
   vs.
Sgt. Lyon et. al.;

Civil Case No. C-1-02-486
Judge, Beckwith,
   M.J. Sherman,

FILED
KENNETH J. MURPHY
CLERK
03 OCT 21 AM 9:00

## Motion for Permission To Appeal In forma Pauparis:

Now comes Appeallant Dennis Pointer Moving this honorable Court To Grant Appeallant Permission To Appeal In forma Pauparis.

I. Appeallant Claims an entitlement to redress Pursuant To U.S.C.A. Section 1915

an order Prohibiting Petitioner from filing any further review is a violation of Petitioners access to the Court Rights under the U.S. Constitution

Prison inmate appealing dismissal of Pro-se civil rights complaint would be granted leave to appeal where he alleged deprivations of liberty and property which, upon further investigation and development, could raise substantial issues (Reynoldson v. Shillinger, C.A. 10 (Wyo.) 1990. 907 F.2d 124) District court's preclusive order requiring full payment of necessary filing fee and cash security deposit of $100.00 before Clerk would file any further papers submitted by particular prisoner litigant violated provisions of of Section 1915 governing proceedings in forma pauperis and unduly impair prisoners constitutional right of access to the courts, (In re: Green, 1981, 669 F.2d 779, 215 U.S. App. D.C. 393) Carter v. U.S., C.A. 10 (Colo.) 1984, 733 F.2d 735, Certiorari denied 105 S.Ct. 915, 469 U.S. 1161, 83 L.Ed. 2d 928)

## Statement of the issues that the Party intends to present on appeal

I. Was Appealant Deprived of his Property

II. Was Appealant Deprived of his Liberty

III. Was District court Properly Authorized to Apoint a Magistrate Judge to Conduct Proceedings With-out the consent of Appeallant

IV. Did State have a Personal Interest in repersenting the Defendant

V. Is State Bound By the on Regulations That is Put Into effect By the State for Inmates to follow That is Designed to Protect There Propert, Liberty, And Health And Basic Education.

Dennis Pointe
Appeallant - Pro-SE

RECEIVED
OCT 20 2003
LEONARD GREEN, Clerk

UNITED STATES DISTRICT COURT
Of Appeals
Southern District of Ohio
Western Division

03-4303

Dennis Pointer
Plaintiff,
v.
Sergeant Lyons, et. al.,
Defendant(s).

**AFFIDAVIT OF PRISONER**

Case Number: C-1-02-486

---

I, __Dennis Pointer_____, declare that I am the

__✓__ plaintiff/petitioner          ____ movant (filing 28 U.S.C. § 2255 motion)

____ respondent/defendant          _____
                                       other

in the above-entitled proceeding. I am requesting to proceed without being required to prepay the entire filing fee. In support of my request, I state that because of my poverty, I am unable to prepay the entire filing fee or give security therefor.

In further support of this request, I answer the following questions.

1. Are you presently employed?
__✓__ yes ____ no

   a. If the answer is "yes" state the amount of your salary or wages per month.
   $ 16.00

   b. If the answer is "no" state the date of last employment and the amount of the salary and wages per month which you received.

2. Do you have a work, program or status assignment, or other circumstance which causes you to be paid by the agency which has custody of you?   See #1  "16.00 mo."

If the answer is "yes" state the amount paid or credited to you each month.

3. Have you received, within the past twelve months, any money from any of the following sources?

    a. Business, profession or other form of self-employment?
    \_\_\_\_\_yes \_✓\_\_no

    b. Rent payments, interest or dividends?
    \_\_\_\_\_yes \_✓\_\_no

    c. Pensions, annuities or life insurance payments?
    \_\_\_\_\_yes \_✓\_\_no

    d. Gifts or inheritances?
    \_\_\_\_\_yes \_✓\_\_no

    e. Any other sources?
    \_\_\_\_\_yes \_✓\_\_no

If you answered "yes" to any of the above questions, describe each source of money and state the amount received from each during the past twelve months.

4. Do you own any cash, or do you have money in checking or savings accounts?
\_\_\_\_\_yes \_✓\_\_no

If the answer is "yes" state the total value of the items owned?

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  9 - 8 - 03
              Date

*Dennis Pointre*
Signature of Applicant

**FURTHER, I understand that:**

— : Regardless of the outcome of my action, I am liable for the full fee. For example, even if the action is dismissed without service of process, the court will continue to collect installment payments from my account until the entire filing fee is paid. I further understand that I will continue to be liable for the full amount of the fee even after I am released from incarceration.

I have read the forgoing information, and I understand that if I submit this Application, the court will assess and, when funds exist, collect the full fee in the manner set forth above. I further understand that no money should be sent with this Application.

Print your name **Dennis Pointer**

**Dennis Pointer #280-895**
Signature and Prisoner #

Date **9-18-03**

---

**TO BE COMPLETED BY AUTHORIZED OFFICER OF INSTITUTION (PLEASE ATTACH LEGIBLE CERTIFIED COPY OF INMATE'S PRISONER ACCOUNT STATEMENT FOR THE PREVIOUS SIX MONTH PERIOD):**

I certify that the attached is a true and accurate copy of the inmate's prisoner account statement.

_____
Authorized Officer of Institution