UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 03-4303

04 OCT 26 AM 11:32

Filed: October 25, 2004

DENNIS POINTER

    Plaintiff - Appellant

v.

KIYOKO LYON

    Defendant - Appellee

\# 1:02cv 486

## MANDATE

Pursuant to the court's disposition that was filed 10/1/04 the mandate for this case hereby issues today.

A True Copy.

Attest:

No costs taxed

Filing Fee .............$
Printing .............$

    Total ........$

Deputy Clerk