*Office of the Clerk*
*United States District Court*
*324 Potter Stewart U.S. Courthouse*
*100 East Fifth Street*
*Cincinnati, Ohio  45202*
*513/564-7520*

January 27, 2005


To: Counsel for Defendants


    *RE:   C-1-02-486, Dennis Pointer v. Lyon, et al.*


    As you are aware, the above captioned case was affirmed on October 26, 2004. Therefore, should you choose to retrieve any deposition(s) submitted on behalf of your client, please do so by February 2, 2005.  **Please call me to make arrangements**.  Any depositions not retrieved by this date will be discarded.

    Sincerely,


    Mary Brown
    Case Manager to Judge Beckwith

cc:  File