Dennis Pointer

v

Lyon, eT. al.,

Case no. 1:02-CV-486

FILED
JAMES BONINI
CLERK

06 APR -5 PM 3:14

WEST. DI. CINCINNATI

# Notice of Appeal

Plaintiff was Told By The State That if he refuse To sign a stioulation of Dismissal To all cases Being Dismissed with PreJudice They would ask The court To give Plaintiff one strike for filing a frivolous claim of Deniel of court access.

Plaintiff refuse To sign a stioulation of Dismissal To all cases Being Dismissed with PreJudice Because all cases were not Dismissed with PreJudice.

Plaintiff claim the DefendanT Lyon, Denied him access To court By Destroying Legal meterial needed To file a Total of (4) four cases one (1) of which was case No. 1:00-CV-861.

Plaintiff refused To sign a stioulation of Dismissal To all cases Being Dismissed with PreJudice Because case No. 1:00-CV-861 was Dismissed In iTs InTireTy without PreJudice To refiling.

Plaintiff was given one strike By The DistricT for refusing To sign a stioulation of Dismissal To all cases Being Dismissed with PreJudice.

Plaintiff Is filing a direct Appeal To The UniTed states suprem court Pursuant To 28 U.S.C.A. § 1291

Dennis Pointer